JOHN J. COSTELLO and Another, Appellants, v. NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY and Others, Respondents.— Motion for reargument denied, with ten dollars costs.   Motion for leave to appeal to Court of Appeals denied.

WILLIAM DIVEN, Respondent, v. CORA S. ASHBAUGH and Others, Appellants. — Motion granted and appeal dismissed, with ten dollars costs.

JAMES O. SEBRING, Respondent, v. ABRAHAM J. GOLDMAN, Appellant.— Motion granted and appeal dismissed, with costs.

CLOVER CREST STOCK FARMS, INC., Respondent, v. PACIFIC FIRE INSURANCE COMPANY OF NEW YORK and Others, Appellants.— Motion to dismiss appeal denied.

FRANK SEAMAN, Respondent, v. ROSE A. SEAMAN, Appellant.— Appeal dismissed, without costs, on stipulation filed.

LOUISE HOPE CROSTON, as Administratrix, etc., and Another, Appellants, v. JAMES M. HART and Others, Respondents.— Appeal dismissed, without costs, on stipulation filed.

ELLEN T. AMEY, Respondent, v. ALLEN A. WEMP, as Administrator, etc., Appellant.— Appeal dismissed, without costs, on stipulation filed.

WESTERN NEW YORK WATER COMPANY, Respondent, v. EDWIN J. COLE and Others, Individually and as Members of Board of Public Works of City of Niagara Falls, Appellants.— Appeal dismissed, without costs, on stipulation filed.

FRED B. WRIGHT, Appellant, v. JOHN W. LOCKIE and Another, Respondents.— On stipulation of attorneys, motion to dismiss appeal granted, unless printed papers and briefs are filed and served by February eleventh.

MICHALINA WAWRZYNIAK, Respondent, v. SAMUEL GREENFIELD, Appellant.— Order dismissing appeal vacated on stipulation, and motion to dismiss appeal granted unless appellant shall place same on the March, 1924, term calendar.

ELIZABETH G. TAYLOR, Respondent, v. RICHARD H. TAYLOR, Appellant.— Appeal dismissed unless appellant shall place the same on the March, 1924, term calendar.

HENDERSON TIRE & RUBBER CO., INC., Appellant, v. P. K. WILSON & SON, INC., and Others, Respondents.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

In the Matter of WILLIAM H. MACLEAN, an Attorney at Law.— Ordered that the said William H. MacLean be suspended from practice as an attorney and counselor at law pending the final disposition of the proceeding.   The court will hear argument or consider any recommendations that may be made as to the final punishment to be imposed upon the opening of the March term of this court.